## WARFEL *against* BEAM.

### IN ERROR.

The District Court of the city and county of *Lancaster,* has not jurisdiction in an action of trespass *quare clausum fregit,* where an award was made for thirty dollars, and the counsel for the plaintiff did not certify in his precipe, that the matter in controversy, exceeded one hundred dollars.

ERROR to the District Court of the city and county of *Lancaster.* Where judgment was entered upon a report, for thirty dollars, of arbitrators chosen upon a rule entered by the defendant, in an action of trespass *quare clausum fregit,* brought by *Jacob Beam,* the defendant in error, against *John Warfel,* the plaintiff in error, and in which the attorney for the plaintiff did not certify in his precipe the amount in controversy, and no declaration had been filed.

*R. Frazer* for the plaintiff in error.

*Norris,* contra.

PER CURIAM.—It is impossible to sustain this judgment, the District Court being clearly without jurisdiction.

Judgment reversed.